UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Securities and Exchange Commission

    Plaintiff

    v.

CIVIL ACTION NO.:
16-11106-ADB

Schultz Chan

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>JUDGMENT</u>**
June 8, 2020

Burroughs, D.J.

In accordance with the Electronic Order entered on <u>June 8, 2020</u>, GRANTING the Plaintiff's MOTION for Summary Judgment.

Because Chan is collaterally estopped from relitigating his liability under 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5, the SEC's motion for summary judgment, [ECF No. 32 ], is GRANTED. Further, the Court will permanently enjoin Chan from further violations of the securities laws and from acting as an officer or director of a public company for five years, and order Chan to disgorge $68,699.00 in profits and $13,738.00 in prejudgment interest.. This case is hereby DISMISSED.

    SO ORDERED.

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
United States District Judge